---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**NOWELL AMOROSO KLEIN BIERMAN, P.A.**
155 Polifly Road
Hackensack, New Jersey 07601
(201) 343-5001 (Tel)
(201) 343-5181 (Fax)
David Edelberg, Esq.
*Proposed Attorneys for the Debtor/Debtor-In-Possession*

---

| | |
|---|---|
| In Re: | Chapter 11 |
| Five Star Foods, Inc. | Case No. 11-17073 |
| Debtor. | Judge: Honorable Morris S. Stern |
| | Oral Argument Requested |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER
AUTHORIZING THE USE OF CASH COLLATERAL**

TO:  Attached Service List

PLEASE TAKE NOTICE that on the _____ day of March, 2011, at _____ _.m., or as soon thereafter as counsel may be heard, the undersigned, proposed attorneys for Five Star Foods, Inc. (the "Debtor"), the within debtor and debtor-in-possession, shall move before the Honorable _____, United States Bankruptcy Judge, at the U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of an Order pursuant to section 363(b)(2) of the Bankruptcy Code and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure, authorizing the Debtor to utilize its cash collateral for reasonable and essential expenses (the "Motion").

-2-

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Application, which sets forth the relevant factual and legal bases upon which the relief requested should be granted, In accordance with D.N.J. LBR 9013-2, no brief is being filed in support of this Application.  A proposed Order granting the relief requested in the Motion is also being submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall be presented in accordance with the local Bankruptcy Rules for the United States Bankruptcy Court, District of New Jersey

PLEASE TAKE FURTHER NOTICE that unless objections are timely presented, the Motion may be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned respectfully requests oral argument on the return date of the Motion.

DATED:  March 10, 2011            Respectfully submitted,

**NOWELL AMOROSO KLEIN BIERMAN, PA**
*Proposed Counsel for the
Debtor and Debtor-In-Possession*


By:*/s/   David Edelberg*
David Edelberg
155 Polifly Road
Hackensack, NJ 07601
(201) 343-5001 Telephone
(201) 343-5181 Facsimile


G:\wp\WPDATA\CLIENT FILES\F Files\Five Star\Pleadings\Cash collateral nom.doc

# Service List

Office of the United States Trustee
One Newark Center
Newark, New Jersey 07102

Jeffrey D. Prol, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068
jprol@lowenstein.com
Counsel for Valley National Bank

General Electric Capital Corp
1961 Hirst Drive
Moberly, MO 65270

Diane Stolbach, Esq.
Kraemer Burns Mytelka
675 Morris Avenue
Springfield, NJ 07081
dstolbach@kraemerburns.com
Counsel for One Altman Drive LLC

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

State of New Jersey
Division of Taxation
PO Box 269
Trenton, NJ 08695-0269

Crown Credit Company
40 S. Washington St
New Bremen, OH 45869

Circle Foods Marketing Inc.
21 Greenway S
West Hempstead, NY 11552

R3 Redistribution
2301 Lunt Avenue
Elk Grove Village, IL, 60007

Driscoll Foods
174 Delawanna Avenue
Clifton, NJ 07014

Orlando Food Corp.
51 East Spring Valley Avenue
Maywood, NJ 07607

Norampack New York City Inc.
4444 Walden Avenue
Lancaster, NY 14086

House of Raeford Farms, Inc.
520 East Central Avenue
Raeford, NC 28376

Silver Springs Farm
640 Meetinghouse Road
Harlesville, PA 19438

Ordan
14 Mechanic St # A
Ramsey, NJ 07446

Stanislaus Food Products
1202 D Street
Modesto, CA 95354

Dot Foods, Inc.
P.O. Box 952589
Saint Louis, MO 63101

Star Pizza Box
PO Box 1795
Highland City, FL 33846-1795

Supreme Oil
80 S. Dean Street
Englewood, NJ 07631

Empire Speciality Cheese Co
330 Fairfield Road
Fairfield, NJ 07004-1933

-4-

Ciffeli & Sons Inc.  
38 Obert Street  
South River, NJ 08882

General Mills, Inc.  
P.O. Box 9452  
Minneapolis, MN 55440

Way Best Foods  
1510 John Fitch Blvd.  
P.O. Box 53  
Sout Windsor, CT 06074

Western Plastics  
41995 Remington Avenue  
Temecula, CA 92590

G:\wp\WPDATA\CLIENT FILES\F Files\Five Star\Pleadings\Cash collateral nom.doc