# Five Star Foods Monthly Budget 2011

| Expenses Categories | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employment** | | | | | | | | | | |
| payroll | 95,260 | 81,700 | 77,940 | 77,940 | 77,940 | 77,940 | 77,940 | 77,940 | 77,940 | 77,940 |
| Tax | 12,990 | 11,438 | 10,912 | 10,912 | 10,912 | 10,912 | 10,912 | 10,912 | 10,912 | 10,912 |
| Employee Med Insurance | 8,167 | 7,000 | 6,235 | 6,235 | 6,235 | 6,235 | 6,235 | 6,235 | 6,235 | 6,235 |
| Sub-total Employment | 116,417 | 100,138 | 95,087 | 95,087 | 95,087 | 95,087 | 95,087 | 95,087 | 95,087 | 95,087 |
| **Occupancy** | | | | | | | | | | |
| Rent | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 |
| tax ins | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Utility | 10,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 |
| Sub-total Occupancy | 30,000 | 29,000 | 29,000 | 29,000 | 29,000 | 29,000 | 29,000 | 29,000 | 29,000 | 29,000 |
| **Gen Admin** | | | | | | | | | | |
| whs equip lease | 3,250 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| phones | 2,000 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 |
| loan Int exp | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Gen Liability Ins | 1,400 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 |
| Professional Svcs legal / Actng | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| Office supply | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Bank Fees | 7,000 | 7,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Credit card Fees / Interest | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Licenses / Fees | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Office Equip lease | 500 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| All Other admin | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Sub-total Gen Admin | 20,450 | 19,800 | 18,800 | 18,800 | 18,800 | 18,800 | 18,800 | 18,800 | 18,800 | 18,800 |
| **Gen Vehicle** | | | | | | | | | | |
| Vehicle lease | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 |
| vehicle fuel / toll | 11,200 | 11,200 | 11,200 | 11,200 | 11,200 | 11,200 | 11,200 | 11,200 | 11,200 | 11,200 |
| vehicle Insurance | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Sub-total Vehicle | 29,800 | 29,800 | 29,800 | 29,800 | 29,800 | 29,800 | 29,800 | 29,800 | 29,800 | 29,800 |
| Grand Total | 196,667 | 178,738 | 172,687 | 172,687 | 172,687 | 172,687 | 172,687 | 172,687 | 172,687 | 172,687 |
| Product Budget | 678,600 | 712,530 | 855,036 | 1,026,043 | 1,231,252 | 1,231,252 | 1,231,252 | 1,231,252 | 1,231,252 | 1,231,252 |
| Total Cost of Operations | 875,267 | 891,268 | 1,027,723 | 1,198,730 | 1,403,939 | 1,403,939 | 1,403,939 | 1,403,939 | 1,403,939 | 1,403,939 |
| Principle Debt Svcs | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Total Cash Flow | 880,267 | 896,268 | 1,032,723 | 1,203,730 | 1,408,939 | 1,408,939 | 1,408,939 | 1,408,939 | 1,408,939 | 1,408,939 |
| Sales Projection | 780,000 | 819,000 | 982,800 | 1,179,360 | 1,415,232 | 1,415,232 | 1,415,232 | 1,415,232 | 1,415,232 | 1,415,232 |
| Income / Deficit | (100,267) | (77,268) | (49,923) | (24,370) | 6,293 | 6,293 | 6,293 | 6,293 | 6,293 | 6,293 |

**Assumptions**

Product expense assumed to be 87% of sales